AVRAM D WHITE
LAW OFFICES OF AVRAM D WHITE, ESQ
66 HAMPTON TERRACE
ORANGE, NJ  07050

Re: JUAN CARLOS JIMENEZ  
53 COTTAGE STREET  
JERSEY CITY,  NJ  07306

Atty: AVRAM D WHITE  
LAW OFFICES OF AVRAM D WHITE, ESQ  
66 HAMPTON TERRACE  
ORANGE, NJ  07050

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021**  
Chapter 13 Case # 19-27627

## RECEIPTS AS OF 01/15/2021   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/01/2019 | $100.00 | 26061483857 | 10/15/2019 | $300.00 | 26061493443 |
| 10/29/2019 | $78.00 | 26061480011 | 10/29/2019 | $260.00 | 26061480022 |
| 11/15/2019 | $660.00 | 26139861540 | 12/27/2019 | $660.00 | 26447607382 |
| 01/14/2020 | $660.00 | 26139894838 | 05/13/2020 | $660.00 | 1927627-26297728525 |
| 05/13/2020 | $660.00 | 1927627-26297738943 | 05/13/2020 | $660.00 | 1927627-26297716206 |
| 05/19/2020 | $660.00 | 26297756504 | 06/16/2020 | $660.00 | 26297768057 |
| 07/16/2020 | $660.00 | 26708911593 | 09/11/2020 | $660.00 | 26423429646 |
| 10/05/2020 | $660.00 | 26961835983 | 10/26/2020 | $660.00 | 26423451887 |
| 11/20/2020 | $660.00 | 26423441190 | 01/12/2021 | $660.00 | 26915989937 |

**Total Receipts: $9,978.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $9,978.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| GREGORY FUNDING | | | | | | |
| | 09/21/2020 | $1,487.27 | 856,181 | 10/19/2020 | $265.21 | 858,059 |
| | 11/16/2020 | $530.41 | 859,852 | 12/21/2020 | $265.21 | 861,676 |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER | | | | | | |
| | 09/21/2020 | $1,835.48 | 856,369 | 09/21/2020 | $100.92 | 856,369 |
| | 10/19/2020 | $327.30 | 858,226 | 10/19/2020 | $18.00 | 858,226 |
| | 11/16/2020 | $654.60 | 860,008 | 11/16/2020 | $35.99 | 860,008 |
| | 12/21/2020 | $327.30 | 861,850 | 12/21/2020 | $17.99 | 861,850 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 751.82 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFNI | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | GREGORY FUNDING | MORTGAGE ARRE | 7,825.68 | 100.00% | 2,548.10 | 5,277.58 |
| 0012 | CHASE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | CREDIT ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 19-27627**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0035 | FIRST PREMIER BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0037 | FOSTER & GARBUS LLP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0045 | SYNCHRONY BANK | UNSECURED | 126.51 | 100.00% | 0.00 | 126.51 |
| 0046 | MIDLAND CREDI/HOME DEPOT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0053 | NATIONSTAR MORTGAGE LLC D/B/A MR. | MORTGAGE ARRE | 9,657.90 | 100.00% | 3,144.68 | 6,513.22 |
| 0056 | RUBIN AND ROTHMAN, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0058 | TD BANK N.A. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0064 | LVNV FUNDING LLC | UNSECURED | 920.12 | 100.00% | 0.00 | 920.12 |
| 0065 | MIDLAND CREDIT MANAGEMENT | UNSECURED | 5,310.45 | 100.00% | 0.00 | 5,310.45 |
| 0066 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 118.99 | 100.00% | 0.00 | 118.99 |
| 0067 | NATIONSTAR MORTGAGE LLC D/B/A MR. | (NEW) MTG Agree | 531.00 | 100.00% | 172.90 | 358.10 |

**Total Paid:  $9,367.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $9,978.00      -      Paid to Claims: $5,865.68      -      Admin Costs Paid: $3,501.82      =      Funds on Hand: $610.50

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.