UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WHITE AND CO. LLC
66 Hampton Terrace
Orange, New Jersey 07050
973-669-0857
888-481-1709 telefax
email to: avram@whiteandcolaw.com
Avram D. White, Esq.
Counsel to the Debtor

| | |
|---|---|
| In Re:<br><br>JUAN CARLOS JIMENEZ,<br><br>                            DEBTOR. | Case No.:         19-27627-JKS<br><br>Judge:         JOHN K. SHERWOOD<br><br>Chapter:            13 |

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____ .

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____ .

    ☒ Certification of Default filed by ____Nationstar Mortgage LLC____,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:
I have been making payments every month since the consent order that was entered in my case. I have a loan modification with Nationstar that had my payment at approximately $1,456.00 per month. I want to know why the loan modification is not being honored. Because Nationstar Mortgage LLC is not recognizing the loan modification it makes it appear that I am delinquent.

☐ Other **(explain your answer)**:
Please schedule a hearing on this matter.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____           /s/ JUAN CARLOS JIMENEZ
                                        Debtor's Signature

Date: _____           _____
                                        Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*