Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−27627−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Juan Carlos Jimenez
 53 Cottage Street
 Jersey City, NJ 07306

Social Security No.:
 xxx−xx−4532

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 7/8/21 at 10:00 AM

to consider and act upon the following:

*62* − Creditor's Certification of Default (related document:46 Motion for Relief from Stay re: 53 Cottage Street, Jersey City, NJ 07306. Fee Amount $ 181. filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, 51 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 06/10/2021. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*63* − Certification in Opposition to NATIONSTAR MORTGAGE LLC Certification of Default (related document:62 Creditor's Certification of Default (related document:46 Motion for Relief from Stay re: 53 Cottage Street, Jersey City, NJ 07306. Fee Amount $ 181. filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, 51 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 06/10/2021. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Avram D White on behalf of Juan Carlos Jimenez. (White, Avram)

Dated: 6/11/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court