Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  19−27627−JKS
                    Chapter:  13
                    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Juan Carlos Jimenez
    53 Cottage Street
    Jersey City, NJ 07306

Social Security No.:
    xxx−xx−4532

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 11, 2020.

On 12/3/21 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                  January 13, 2022
Time:                 08:30 AM
Location:           Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 3, 2021
JAN: lc

                                                                           Jeanne Naughton
                                                                             Clerk

Case 19-27627-JKS    Doc 76    Filed 12/05/21    Entered 12/06/21 00:20:17    Desc Imaged
Certificate of Notice    Page 2 of 5

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-27627-JKS |
| Juan Carlos Jimenez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 03, 2021 | Form ID: 185 | Total Noticed: 70 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan Carlos Jimenez, 53 Cottage Street, Jersey City, NJ 07306-2801 |
| cr | + | Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed S, P.O. Box 25430, Portland, OR 97298-0430 |
| cr | + | BANK OF AMERICA N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | RAS Citron, Nationstar Mortgage LLC, 130 Clinton Rd., Ste 202, Fairfield, NJ 07004-2927 |
| 518582722 | + | Ajax Mortgage Loan Trust 2019-E, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 518460160 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982238, El Paso, TX 79998 |
| 518460161 | + | Bank Of America, PO Box 30770, Tampa, FL 33630-3770 |
| 518460163 | | Bank of America Support Services, 1 Hattey Road, Belfast, ME 04915 |
| 518460165 | + | Bank of America, N.A., 4909 Savarese Circle, FL - 1-908-01-47, Tampa, FL 33634-2413 |
| 518460182 | | Credit One Bank, attn: LVNV Funding, PO Box 385908, Minneapolis, MN 55438-5908 |
| 518460180 | | Credit One Bank, PO BOx 98672, Las Vegas, NV 89193-8672 |
| 518460191 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Foster & Garbus LLP, 60 Motor Parkway, Commack, NY 11725 |
| 518460183 | + | First Premier, P0 Box 5519, Sioux Falls, SD 57117-5519 |
| 518460187 | + | First Premier Bank, PO Box 3038, Evansville, IN 47730-3038 |
| 518460186 | + | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 518460189 | | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 518460188 | + | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 518460185 | | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 518460184 | + | First Premier Bank, PO Box 5114, Sioux Falls, SD 57117-5114 |
| 518460192 | + | Foster and Garbus, PO Box 14188, Hauppauge, NY 11788-0449 |
| 518460193 | + | Foster, Garbus & Garbus, Attorneys At Law, 100 Davidson Avenue, Suite 311, Somerset, NJ 08873-1312 |
| 518460197 | | Home Depot Credit Services, PO Box 689100, Des Moines, IA 50368-9100 |
| 518460200 | + | Midland Credi/Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 518460206 | + | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 518460208 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 518460207 | + | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 518842008 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS CITRON, LLC, 130 CLINTON ROAD, SUITE 202, FAIRFIELD, NJ 07004-2927 |
| 518515140 | + | Nationstar Mortgage LLC. d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 518460209 | + | Rubin and Rothman, Attorneys At Law, 190 North Avenue East, PO Box 8, Cranford, NJ 07016-0008 |
| 518460212 | + | TD Bank USA, 3701 Wayzata Boulevard, Minneapolis, MN 55416-3440 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 19-27627-JKS    Doc 76    Filed 12/05/21    Entered 12/06/21 00:20:17    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: 185 | Total Noticed: 70 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518460155 | + | Email/Text: EBNProcessing@afni.com | Dec 03 2021 20:36:00 | AFNI, PO Box 3517, Bloomington, IL 61702-3517 |
| 518460159 | + | Email/Text: EBNProcessing@afni.com | Dec 03 2021 20:36:00 | AFNI, PO Box 3097, Bloomington, IL 61702-3097 |
| 518460156 | + | Email/Text: EBNProcessing@afni.com | Dec 03 2021 20:36:00 | AFNI, 404 Brock Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 518460157 | + | Email/Text: EBNProcessing@afni.com | Dec 03 2021 20:36:00 | AFNI, PO Box 20939, Ferndale, MI 48220-0939 |
| 518460158 | + | Email/Text: EBNProcessing@afni.com | Dec 03 2021 20:36:00 | AFNI, PO Box 47248, Oak Park, MI 48237-4948 |
| 518460194 | | Email/PDF: gecsedi@recoverycorp.com | Dec 03 2021 20:35:06 | Home Depot, PO Box 103072, Roswell, GA 30076 |
| 518460196 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 20:35:18 | Home Depot Credit Services, PO Box 6029, The Lakes, NV 88901 |
| 518460195 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 20:35:10 | Home Depot Credit Services, Preocessing Center, Des Moines, IA 50364 |
| 518460176 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 03 2021 20:35:15 | CREDIT ONE, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518460178 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 03 2021 20:35:23 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 518460177 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 03 2021 20:35:08 | Credit One Bank, P0 Box 98873, Las Vegas, NV 89193-8873 |
| 518580778 | | Email/Text: bnc-quantum@quantum3group.com | Dec 03 2021 20:36:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518460183 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 03 2021 20:35:23 | First Premier, P0 Box 5519, Sioux Falls, SD 57117-5519 |
| 518460186 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 03 2021 20:35:23 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 518460188 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 03 2021 20:35:16 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 518460184 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 03 2021 20:35:08 | First Premier Bank, PO Box 5114, Sioux Falls, SD 57117-5114 |
| 518460185 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 03 2021 20:35:08 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 518460189 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 03 2021 20:35:23 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 518460166 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2021 20:35:21 | CHASE, PO Box 15153, Wilmington, DE 19886 |
| 518460167 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2021 20:35:13 | Chase, PO Box 52045, Phoenix, AZ 85072-2045 |
| 518460169 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2021 20:35:13 | Chase Bank, Attention Bankruptcy Department, PO Box 15298, Wilmington, DE 19850 |
| 518460168 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2021 20:35:13 | Chase Bank, PO Box 15583, For Notice Only, Wilmington, DE 19886 |
| 518460170 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2021 20:35:13 | Chase Bank USA, P0 Box 15922, Wilmington, DE 19850 |
| 518460171 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2021 20:35:21 | Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850 |
| 518460172 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2021 20:35:06 | Chase Bank USA, NA, PO Box 15922, Wilmington, DE 19850 |
| 518460173 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2021 20:35:06 | Chase Bank, N.A., PO Box 15298, Wilmington, |

Case 19-27627-JKS    Doc 76    Filed 12/05/21    Entered 12/06/21 00:20:17    Desc Imaged
                                Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: 185 | Total Noticed: 70 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | DE 19850 |
| 518460174 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2021 20:35:21 | Chase Bankcard Services, PO Box 659409, San Antonio, TX 78265 |
| 518460175 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2021 20:35:06 | Chase Bankcard Services, Inc, PO Box 30755, Tampa, FL 33630-3755 |
| 518460198 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2021 20:35:13 | JPMorgan Chase Bank, Recovery Department, PO Box 659409, San Antonio, TX 78217 |
| 518470768 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2021 20:35:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518460199 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 03 2021 21:02:57 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 518460203 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 03 2021 20:36:00 | Midland Credit Management, PO Box 60578, Los Angeles, CA 90060-0578 |
| 518460201 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 03 2021 20:36:00 | Midland Credit Management, Department 8870, Los Angeles, CA 90084-0001 |
| 518460204 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 03 2021 20:36:00 | Midland Credit Management, PO Box 939019, San Diego, CA 92193-9019 |
| 518460202 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 03 2021 20:36:00 | Midland Credit Management, 8875 Aero Drive, Suite 2, San Diego, CA 92123-2255 |
| 518556608 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 03 2021 20:36:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 518460205 | | Email/Text: signed.order@pfwattorneys.com | Dec 03 2021 20:36:00 | Midland Funding LLC, Pressler and Pressler (FOR NOTICE ONLY), 7 Entin Road, Parsippany, NJ 07054 |
| 518460210 | + | Email/Text: bankruptcy@rubinrothman.com | Dec 03 2021 20:36:00 | Rubin and Rothman, LLC, Attorneys At Law, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 518569999 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 03 2021 20:52:25 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518460808 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 03 2021 21:02:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518460211 | | Email/Text: bankruptcy@td.com | Dec 03 2021 20:36:00 | TD Bank N.A., 1701 Route 70 East, Cherry Hill, NJ 08034 |
| 518460214 | | Email/Text: bankruptcy@td.com | Dec 03 2021 20:36:00 | TD Banknorth, 70 Gray Road, Falmouth, ME 04105-2299 |
| 518460213 | | Email/Text: bankruptcy@td.com | Dec 03 2021 20:36:00 | TD Banknorth, Operations Center, P0 Box 1377, Lewiston, ME 04243 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518460162 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America N.A., 4161 Piedmont Parkway, Greensboro, NC 27410 |
| 518460164 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, N.A., PO Box 982238, El Paso, TX 79998-2235 |
| 518460179 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518460181 | * | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518460190 | *+ | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

Case 19-27627-JKS    Doc 76    Filed 12/05/21    Entered 12/06/21 00:20:17    Desc Imaged
Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 03, 2021 | Form ID: 185 | Total Noticed: 70 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2021              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avram D White | on behalf of Debtor Juan Carlos Jimenez clistbk3@gmail.com adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com |
| Denise E. Carlon | on behalf of Debtor Juan Carlos Jimenez dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mcozzini@sternlav.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Robert P. Saltzman | on behalf of Creditor Ajax Mortgage Loan Trust 2019-E Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC dnj@pbslaw.org |
| Shauna M Deluca | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper sdeluca@raslg.com |
| Stuart H. West | on behalf of Creditor Ajax Mortgage Loan Trust 2019-E Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC swest@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9