**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0  Valuation of Security    0  Assumption of Executory Contract or Unexpired Lease    0  Lien Avoidance

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:    Case No.: __19-27627-JKS__

JUAN CARLOS JIMENEX    Judge: __JOHN K. SHERWOOD__

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: __November 30, 2021__

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___ADW___    Initial Debtor: _____JCJ_____    Initial Co-Debtor: _____

### Part 1: Payment and Length of Plan

a. The debtor shall pay $ ___SEE PARA E___ per _____ to the Chapter 13 Trustee, starting on _____ for approximately _____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

THE DEBTOR SHALL PAY $660.00 PER MONTH TO THE CHAPTER 13 TRUSTEE, STARTING ON OCTOBER 1, 2019 FOR APPROXIMATELY 32 MONTHS AND THEN STARTING JUNE 1, 2022 THE DEBTOR SHALL PAY $1,125 PER MONTH TO THE CHAPTER 13 TRUSTEE FOR APPROXIMATELY 28 MONTHS FOR A TOTAL PLAN LENGTH OF APPROXIMATELY 60 MONTHS.

**Part 2:    Adequate Protection  ☒ NONE**

     a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

     b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 2,750.00 |
| DOMESTIC SUPPORT OBLIGATION | ADMINISTRATIVE | $0.00 |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| NONE | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:  Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| AJAX MORTGAGE LOAN TRUST 2019-E c/o Gregory Funding LLC | $35,374.39 | $7,825.68 | N/A | $7,825.68 | Debtor will pay contractual payment monthly to secured creditor |
| NATIONSTAR MORTGAGE LLC d/b/a/ Mr. Cooper | $351,7070.34 | $20,282.90 | N/A | $20,292.90 | |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments    ☒ NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender    ☒ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

### Part 5:  Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than _100_____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Avram D. White, Esq. Supplemental Fee Applications
3) Ajax Loan Trust 2019-E
4) Nationstar Mortgage d/b/a/ as Mr. Cooper

### d. Post-Petition Claims

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:    Modification  ☒ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed.  A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: June 17, 2020        .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| TO ADDRESS CONSENT ORDER TO RESOLVE POST PETITION ARREARS. | TO ADDRESS CONSENT ORDER TO RESOLVE POST PETITION ARREARS. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: November 20, 2021_____    /s/ JUAN CARLOS JIMENEZ_____
                                                 Debtor

Date: _____    _____
                                                 Joint Debtor

Date: November 30, 2021_____    /s/ AVRAM D. WHITE_____
                                                 Attorney for Debtor(s)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-27627-JKS |
| Juan Carlos Jimenez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 03, 2021 | Form ID: pdf901 | Total Noticed: 70 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan Carlos Jimenez, 53 Cottage Street, Jersey City, NJ 07306-2801 |
| cr | + | Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed S, P.O. Box 25430, Portland, OR 97298-0430 |
| cr | + | BANK OF AMERICA N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | RAS Citron, Nationstar Mortgage LLC, 130 Clinton Rd., Ste 202, Fairfield, NJ 07004-2927 |
| 518582722 | + | Ajax Mortgage Loan Trust 2019-E, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 518460160 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982238, El Paso, TX 79998 |
| 518460161 | + | Bank Of America, PO Box 30770, Tampa, FL 33630-3770 |
| 518460163 | | Bank of America Support Services, 1 Hattey Road, Belfast, ME 04915 |
| 518460165 | + | Bank of America, N.A., 4909 Savarese Circle, FL - 1-908-01-47, Tampa, FL 33634-2413 |
| 518460182 | | Credit One Bank, attn: LVNV Funding, PO Box 385908, Minneapolis, MN 55438-5908 |
| 518460180 | | Credit One Bank, PO BOx 98672, Las Vegas, NV 89193-8672 |
| 518460191 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Foster & Garbus LLP, 60 Motor Parkway, Commack, NY 11725 |
| 518460183 | + | First Premier, P0 Box 5519, Sioux Falls, SD 57117-5519 |
| 518460187 | + | First Premier Bank, PO Box 3038, Evansville, IN 47730-3038 |
| 518460186 | + | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 518460189 | | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 518460188 | + | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 518460185 | | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 518460184 | + | First Premier Bank, PO Box 5114, Sioux Falls, SD 57117-5114 |
| 518460192 | + | Foster and Garbus, PO Box 14188, Hauppauge, NY 11788-0449 |
| 518460193 | + | Foster, Garbus & Garbus, Attorneys At Law, 100 Davidson Avenue, Suite 311, Somerset, NJ 08873-1312 |
| 518460197 | | Home Depot Credit Services, PO Box 689100, Des Moines, IA 50368-9100 |
| 518460200 | + | Midland Credi/Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 518460206 | + | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 518460208 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 518460207 | + | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 518842008 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS CITRON, LLC, 130 CLINTON ROAD, SUITE 202, FAIRFIELD, NJ 07004-2927 |
| 518515140 | + | Nationstar Mortgage LLC. d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 518460209 | + | Rubin and Rothman, Attorneys At Law, 190 North Avenue East, PO Box 8, Cranford, NJ 07016-0008 |
| 518460212 | + | TD Bank USA, 3701 Wayzata Boulevard, Minneapolis, MN 55416-3440 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 19-27627-JKS    Doc 77    Filed 12/05/21    Entered 12/06/21 00:20:17    Desc Imaged
Certificate of Notice    Page 12 of 14

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Dec 03, 2021 | Form ID: pdf901 | Total Noticed: 70 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 518460155 | + Email/Text: EBNProcessing@afni.com | Dec 03 2021 20:36:00 | AFNI, PO Box 3517, Bloomington, IL 61702-3517 |
| 518460159 | + Email/Text: EBNProcessing@afni.com | Dec 03 2021 20:36:00 | AFNI, PO Box 3097, Bloomington, IL 61702-3097 |
| 518460156 | + Email/Text: EBNProcessing@afni.com | Dec 03 2021 20:36:00 | AFNI, 404 Brock Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 518460157 | + Email/Text: EBNProcessing@afni.com | Dec 03 2021 20:36:00 | AFNI, PO Box 20939, Ferndale, MI 48220-0939 |
| 518460158 | + Email/Text: EBNProcessing@afni.com | Dec 03 2021 20:36:00 | AFNI, PO Box 47248, Oak Park, MI 48237-4948 |
| 518460194 | Email/PDF: gecsedi@recoverycorp.com | Dec 03 2021 21:03:05 | Home Depot, PO Box 103072, Roswell, GA 30076 |
| 518460196 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 20:35:18 | Home Depot Credit Services, PO Box 6029, The Lakes, NV 88901 |
| 518460195 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 20:35:18 | Home Depot Credit Services, Preocessing Center, Des Moines, IA 50364 |
| 518460176 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 03 2021 20:35:15 | CREDIT ONE, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518460178 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 03 2021 20:35:23 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 518460177 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 03 2021 20:35:16 | Credit One Bank, P0 Box 98873, Las Vegas, NV 89193-8873 |
| 518580778 | Email/Text: bnc-quantum@quantum3group.com | Dec 03 2021 20:36:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518460183 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 03 2021 20:35:08 | First Premier, P0 Box 5519, Sioux Falls, SD 57117-5519 |
| 518460186 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 03 2021 20:35:08 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 518460188 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 03 2021 20:35:23 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 518460184 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 03 2021 20:35:16 | First Premier Bank, PO Box 5114, Sioux Falls, SD 57117-5114 |
| 518460185 | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 03 2021 20:35:16 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 518460189 | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 03 2021 20:35:23 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 518460166 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2021 20:35:06 | CHASE, PO Box 15153, Wilmington, DE 19886 |
| 518460167 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2021 20:35:21 | Chase, PO Box 52045, Phoenix, AZ 85072-2045 |
| 518460169 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2021 20:35:21 | Chase Bank, Attention Bankruptcy Department, PO Box 15298, Wilmington, DE 19850 |
| 518460168 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2021 20:35:14 | Chase Bank, PO Box 15583, For Notice Only, Wilmington, DE 19886 |
| 518460170 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2021 20:35:21 | Chase Bank USA, P0 Box 15922, Wilmington, DE 19850 |
| 518460171 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2021 20:35:21 | Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850 |
| 518460172 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2021 20:35:06 | Chase Bank USA, NA, PO Box 15922, Wilmington, DE 19850 |
| 518460173 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2021 20:35:06 | Chase Bank, N.A., PO Box 15298, Wilmington, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | DE 19850 |
| 518460174 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2021 20:35:13 | Chase Bankcard Services, PO Box 659409, San Antonio, TX 78265 |
| 518460175 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2021 20:35:06 | Chase Bankcard Services, Inc, PO Box 30755, Tampa, FL 33630-3755 |
| 518460198 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2021 20:35:13 | JPMorgan Chase Bank, Recovery Department, PO Box 659409, San Antonio, TX 78217 |
| 518470768 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2021 20:35:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518460199 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 03 2021 20:52:26 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 518460203 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 03 2021 20:36:00 | Midland Credit Management, PO Box 60578, Los Angeles, CA 90060-0578 |
| 518460201 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 03 2021 20:36:00 | Midland Credit Management, Department 8870, Los Angeles, CA 90084-0001 |
| 518460204 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 03 2021 20:36:00 | Midland Credit Management, PO Box 939019, San Diego, CA 92193-9019 |
| 518460202 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 03 2021 20:36:00 | Midland Credit Management, 8875 Aero Drive, Suite 2, San Diego, CA 92123-2255 |
| 518556608 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 03 2021 20:36:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 518460205 | | Email/Text: signed.order@pfwattorneys.com | Dec 03 2021 20:36:00 | Midland Funding LLC, Pressler and Pressler (FOR NOTICE ONLY), 7 Entin Road, Parsippany, NJ 07054 |
| 518460210 | + | Email/Text: bankruptcy@rubinrothman.com | Dec 03 2021 20:36:00 | Rubin and Rothman, LLC, Attorneys At Law,, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 518569999 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 03 2021 21:02:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518460808 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 03 2021 21:03:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518460211 | | Email/Text: bankruptcy@td.com | Dec 03 2021 20:36:00 | TD Bank N.A., 1701 Route 70 East, Cherry Hill, NJ 08034 |
| 518460214 | | Email/Text: bankruptcy@td.com | Dec 03 2021 20:36:00 | TD Banknorth, 70 Gray Road, Falmouth, ME 04105-2299 |
| 518460213 | | Email/Text: bankruptcy@td.com | Dec 03 2021 20:36:00 | TD Banknorth, Operations Center, P0 Box 1377, Lewiston, ME 04243 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518460162 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America N.A., 4161 Piedmont Parkway, Greensboro, NC 27410 |
| 518460164 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, N.A., PO Box 982238, El Paso, TX 79998-2235 |
| 518460179 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518460181 | * | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518460190 | *+ | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Avram D White | on behalf of Debtor Juan Carlos Jimenez clistbk3@gmail.com adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com |
| Denise E. Carlon | on behalf of Debtor Juan Carlos Jimenez dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mcozzini@sternlav.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Robert P. Saltzman | on behalf of Creditor Ajax Mortgage Loan Trust 2019-E Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC dnj@pbslaw.org |
| Shauna M Deluca | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper sdeluca@raslg.com |
| Stuart H. West | on behalf of Creditor Ajax Mortgage Loan Trust 2019-E Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC swest@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9