Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                       Case No.:  19−27627−JKS
                       Chapter:  13
                       Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juan Carlos Jimenez
   53 Cottage Street
   Jersey City, NJ 07306

Social Security No.:
   xxx−xx−4532

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 14, 2022.

Dated: January 14, 2022
JAN: zlh

                                                                 Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Juan Carlos Jimenez  
    Debtor

Case No. 19-27627-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4  
Date Rcvd: Jan 14, 2022     Form ID: plncf13     Total Noticed: 72

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan Carlos Jimenez, 53 Cottage Street, Jersey City, NJ 07306-2801 |
| cr | + | Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed S, P.O. Box 25430, Portland, OR 97298-0430 |
| cr | + | BANK OF AMERICA N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | RAS Citron, Nationstar Mortgage LLC, 130 Clinton Rd., Ste 202, Fairfield, NJ 07004-2927 |
| 518582722 | + | Ajax Mortgage Loan Trust 2019-E, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 518460162 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America N.A., 4161 Piedmont Parkway, Greensboro, NC 27410 |
| 518460161 | + | Bank Of America, PO Box 30770, Tampa, FL 33630-3770 |
| 518460160 | + | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 518460163 | | Bank of America Support Services, 1 Hattey Road, Belfast, ME 04915 |
| 518460165 | + | Bank of America, N.A., 4909 Savarese Circle, FL - 1-908-01-47, Tampa, FL 33634-2413 |
| 518460164 | + | Bank of America, N.A., PO Box 982238, El Paso, TX 79998-2238 |
| 518460182 | | Credit One Bank, attn: LVNV Funding, PO Box 385908, Minneapolis, MN 55438-5908 |
| 518460180 | | Credit One Bank, PO BOx 98672, Las Vegas, NV 89193-8672 |
| 518460191 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Foster & Garbus LLP, 60 Motor Parkway, Commack, NY 11725 |
| 518460187 | + | First Premier Bank, PO Box 3038, Evansville, IN 47730-3038 |
| 518460192 | + | Foster and Garbus, PO Box 14188, Hauppauge, NY 11788-0449 |
| 518460193 | + | Foster, Garbus & Garbus, Attorneys At Law, 100 Davidson Avenue, Suite 311, Somerset, NJ 08873-1312 |
| 518460197 | | Home Depot Credit Services, PO Box 689100, Des Moines, IA 50368-9100 |
| 518460200 | + | Midland Credi/Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 518460206 | + | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 518460208 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 518460207 | + | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 518842008 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS CITRON, LLC, 130 CLINTON ROAD, SUITE 202, FAIRFIELD, NJ 07004-2927 |
| 518515140 | + | Nationstar Mortgage LLC. d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 518460209 | + | Rubin and Rothman, Attorneys At Law, 190 North Avenue East, PO Box 8, Cranford, NJ 07016-0008 |
| 518460212 | + | TD Bank USA, 3701 Wayzata Boulevard, Minneapolis, MN 55416-3440 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 14 2022 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 14 2022 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518460155 | + | Email/Text: EBNProcessing@afni.com | Jan 14 2022 20:38:00 | AFNI, PO Box 3517, Bloomington, IL 61702-3517 |
| 518460159 | + | Email/Text: EBNProcessing@afni.com | Jan 14 2022 20:38:00 | AFNI, PO Box 3097, Bloomington, IL |

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 14, 2022 | Form ID: plncf13 | Total Noticed: 72 |

| | | | | |
|---|---|---|---|---|
| | | | | 61702-3097 |
| 518460156 | + | Email/Text: EBNProcessing@afni.com | Jan 14 2022 20:38:00 | AFNI, 404 Brock Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 518460157 | + | Email/Text: EBNProcessing@afni.com | Jan 14 2022 20:38:00 | AFNI, PO Box 20939, Ferndale, MI 48220-0939 |
| 518460158 | + | Email/Text: EBNProcessing@afni.com | Jan 14 2022 20:38:00 | AFNI, PO Box 47248, Oak Park, MI 48237-4948 |
| 518460194 | | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2022 20:42:54 | Home Depot, PO Box 103072, Roswell, GA 30076 |
| 518460196 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2022 20:53:29 | Home Depot Credit Services, PO Box 6029, The Lakes, NV 88901 |
| 518460195 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2022 20:43:20 | Home Depot Credit Services, Preocessing Center, Des Moines, IA 50364 |
| 518460176 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2022 20:42:41 | CREDIT ONE, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518460178 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2022 20:42:41 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 518460177 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2022 20:42:41 | Credit One Bank, P0 Box 98873, Las Vegas, NV 89193-8873 |
| 518580778 | | Email/Text: bnc-quantum@quantum3group.com | Jan 14 2022 20:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518460183 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 14 2022 20:42:42 | First Premier, P0 Box 5519, Sioux Falls, SD 57117-5519 |
| 518460186 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 14 2022 20:43:15 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 518460188 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 14 2022 20:42:41 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 518460184 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 14 2022 20:43:00 | First Premier Bank, PO Box 5114, Sioux Falls, SD 57117-5114 |
| 518460185 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 14 2022 20:43:00 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 518460189 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 14 2022 20:42:42 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 518460166 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2022 20:42:54 | CHASE, PO Box 15153, Wilmington, DE 19886 |
| 518460167 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2022 20:43:11 | Chase, PO Box 52045, Phoenix, AZ 85072-2045 |
| 518460169 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2022 20:43:11 | Chase Bank, Attention Bankruptcy Department, PO Box 15298, Wilmington, DE 19850 |
| 518460168 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2022 20:42:54 | Chase Bank, PO Box 15583, For Notice Only, Wilmington, DE 19886 |
| 518460170 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2022 20:42:38 | Chase Bank USA, P0 Box 15922, Wilmington, DE 19850 |
| 518460171 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2022 20:43:11 | Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850 |
| 518460172 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2022 20:43:11 | Chase Bank USA, NA, PO Box 15922, Wilmington, DE 19850 |
| 518460173 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2022 20:43:12 | Chase Bank, N.A., PO Box 15298, Wilmington, DE 19850 |
| 518460174 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2022 20:42:38 | Chase Bankcard Services, PO Box 659409, San Antonio, TX 78265 |
| 518460175 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 14, 2022 | Form ID: plncf13 | Total Noticed: 72 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518460198 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2022 20:42:54 | Chase Bankcard Services, Inc, PO Box 30755, Tampa, FL 33630-3755 |
| | | | Jan 14 2022 20:42:55 | JPMorgan Chase Bank, Recovery Department, PO Box 659409, San Antonio, TX 78217 |
| 518470768 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2022 20:42:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518460199 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2022 20:42:52 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 518460203 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2022 20:37:00 | Midland Credit Management, PO Box 60578, Los Angeles, CA 90060-0578 |
| 518460201 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2022 20:37:00 | Midland Credit Management, Department 8870, Los Angeles, CA 90084-0001 |
| 518460204 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2022 20:37:00 | Midland Credit Management, PO Box 939019, San Diego, CA 92193-9019 |
| 518460202 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2022 20:37:00 | Midland Credit Management, 8875 Aero Drive, Suite 2, San Diego, CA 92123-2255 |
| 518556608 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2022 20:37:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 518460205 | | Email/Text: signed.order@pfwattorneys.com | Jan 14 2022 20:37:00 | Midland Funding LLC, Pressler and Pressler (FOR NOTICE ONLY), 7 Entin Road, Parsippany, NJ 07054 |
| 518460210 | + | Email/Text: bankruptcy@rubinrothman.com | Jan 14 2022 20:37:00 | Rubin and Rothman, LLC, Attorneys At Law, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 518569999 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2022 20:42:52 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518460808 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2022 20:42:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518460211 | | Email/Text: bankruptcy@td.com | Jan 14 2022 20:37:00 | TD Bank N.A., 1701 Route 70 East, Cherry Hill, NJ 08034 |
| 518460214 | | Email/Text: bankruptcy@td.com | Jan 14 2022 20:37:00 | TD Banknorth, 70 Gray Road, Falmouth, ME 04105-2299 |
| 518460213 | | Email/Text: bankruptcy@td.com | Jan 14 2022 20:37:00 | TD Banknorth, Operations Center, P0 Box 1377, Lewiston, ME 04243 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518460179 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518460181 | * | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518460190 | *+ | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 14, 2022 | Form ID: plncf13 | Total Noticed: 72 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2022            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2022 at the address(es) listed below:**

**Name**  **Email Address**

Avram D White
on behalf of Debtor Juan Carlos Jimenez clistbk3@gmail.com
adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com

Denise E. Carlon
on behalf of Debtor Juan Carlos Jimenez dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Maria Cozzini
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mcozzini@sternlav.com

Marie-Ann Greenberg
magecf@magtrustee.com

Robert P. Saltzman
on behalf of Creditor Ajax Mortgage Loan Trust 2019-E  Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC dnj@pbslaw.org

Shauna M Deluca
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper sdeluca@raslg.com

Stuart H. West
on behalf of Creditor Ajax Mortgage Loan Trust 2019-E  Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC swest@pbslaw.org

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9