UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WHITE AND CO ATTORNEYS
523 PARK AVENUE
SUITE 3
ORANGE, NEW JERSEY 07050
973-669-0857
888-481-1709 telefax
AVRAM D. WHITE, ESQ.
ATTORNEY FOR THE DEBTOR

| | |
|---|---|
| In Re:<br><br>JUAN CARLOS JIMENEZ,<br><br>　　　　　　　　　　DEBTOR. | Case No.:　　　19-27627-JKS<br><br>Judge:　　　JOHN K. SHERWOOD<br><br>Chapter:　　　13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

　　The debtor in this case opposes the following **(choose one)**:

1.　　☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

　　A hearing has been scheduled for _____, at _____.

　　☐ Motion to Dismiss filed by the Chapter 13 Trustee.

　　A hearing has been scheduled for _____, at _____.

　　☒ Certification of Default filed by NATIONSTAR MORTGAGE ,

　　I am requesting a hearing be scheduled on this matter.

2.　　I oppose the above matter for the following reasons **(choose one)**:

　　☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:
I believe that I have not been credited for all of my payments under the certification of default.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: June 27, 2022                    /s/ JUAN CARLOS JIMENEZ
                                       Debtor's Signature

Date: _____                   _____
                                       Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*