Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−27627−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juan Carlos Jimenez
   53 Cottage Street
   Jersey City, NJ 07306

Social Security No.:
   xxx−xx−4532

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 7/28/22 at 10:00 AM

to consider and act upon the following:

*88* − Creditor's Certification of Default (related document:46 Motion for Relief from Stay re: 53 Cottage Street, Jersey City, NJ 07306. Fee Amount $ 181. filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, 86 Order (Generic)) filed by Rebecca Ann Solarz on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 07/1/2022. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Solarz, Rebecca)

*89* − Certification in Opposition to Creditor's Certification of Default (related document:88 Creditor's Certification of Default (related document:46 Motion for Relief from Stay re: 53 Cottage Street, Jersey City, NJ 07306. Fee Amount $ 181. filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, 86 Order (Generic)) filed by Rebecca Ann Solarz on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 07/1/2022. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Avram D White on behalf of Juan Carlos Jimenez. (White, Avram)

Dated: 6/28/22

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court