UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Secured Creditor

| | |
|---|---|
| In re: | Case No. 19-27627-JKS |
| Juan Carlos Jimenez, | Chapter 13 |
| | Judge: John K. Sherwood |
| Debtor | |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP2. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ 08830

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date:  July 26, 2022                  /s/ *Phillip Raymond*

NOA

_____
Phillip Raymond

NOA