UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

JUAN CARLOS JIMENEZ

Case No.: 19-27627

Adv. No.:

Hearing Date:

Judge:  JKS

### CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 10/20/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
JUAN CARLOS JIMENEZ
53 COTTAGE STREET
JERSEY CITY, NJ  07306
Mode of Service:  Regular Mail

Attorney for Debtor(s):
AVRAM D WHITE
LAW OFFICES OF AVRAM D WHITE, ESQ
66 HAMPTON TERRACE
ORANGE, NJ  07050
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  October 20, 2022

By:  /S/ Keith Guarneri
     Keith Guarneri