| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    JUAN CARLOS JIMENEZ |

Order Filed on December 9, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-27627 JKS

Hearing Date:  12/8/2022

**ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: December 9, 2022

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): JUAN CARLOS JIMENEZ

Case No.: 19-27627

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/08/2022 on notice to AVRAM D WHITE, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan to surrender property and address arrears by 12/15/2022 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a modified plan to surrender property and address arrears has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.