Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−27627−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juan Carlos Jimenez
   53 Cottage Street
   Jersey City, NJ 07306

Social Security No.:
   xxx−xx−4532

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/27/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 27, 2022
JAN: mff

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Juan Carlos Jimenez  
    Debtor

Case No. 19-27627-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Dec 27, 2022      Form ID: 148      Total Noticed: 72

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan Carlos Jimenez, 53 Cottage Street, Jersey City, NJ 07306-2801 |
| cr | + | Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed S, P.O. Box 25430, Portland, OR 97298-0430 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 518582722 | + | Ajax Mortgage Loan Trust 2019-E, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 518460163 | | Bank of America Support Services, 1 Hattey Road, Belfast, ME 04915 |
| 518460182 | | Credit One Bank, attn: LVNV Funding, PO Box 385908, Minneapolis, MN 55438-5908 |
| 518460180 | | Credit One Bank, PO BOx 98672, Las Vegas, NV 89193-8672 |
| 518460191 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Foster & Garbus LLP, 60 Motor Parkway, Commack, NY 11725 |
| 518460187 | + | First Premier Bank, PO Box 3038, Evansville, IN 47730-3038 |
| 518460192 | + | Foster and Garbus, PO Box 14188, Hauppauge, NY 11788-0449 |
| 518460193 | + | Foster, Garbus & Garbus, Attorneys At Law, 100 Davidson Avenue, Suite 311, Somerset, NJ 08873-1312 |
| 518460197 | | Home Depot Credit Services, PO Box 689100, Des Moines, IA 50368-9100 |
| 518460200 | + | Midland Credi/Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 518460209 | + | Rubin and Rothman, Attorneys At Law, 190 North Avenue East, PO Box 8, Cranford, NJ 07016-0008 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 27 2022 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 27 2022 21:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: BANKAMER2.COM | Dec 28 2022 02:44:00 | BANK OF AMERICA N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 27 2022 21:45:00 | RAS Citron, Nationstar Mortgage LLC, 130 Clinton Rd., Ste 202, Fairfield, NJ 07004-2927 |
| 518460155 | + | Email/Text: EBNProcessing@afni.com | Dec 27 2022 21:46:00 | AFNI, PO Box 3517, Bloomington, IL 61702-3517 |
| 518460159 | + | Email/Text: EBNProcessing@afni.com | Dec 27 2022 21:46:00 | AFNI, PO Box 3097, Bloomington, IL 61702-3097 |
| 518460156 | + | Email/Text: EBNProcessing@afni.com | Dec 27 2022 21:46:00 | AFNI, 404 Brock Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 518460157 | + | Email/Text: EBNProcessing@afni.com | Dec 27 2022 21:46:00 | AFNI, PO Box 20939, Ferndale, MI 48220-0939 |
| 518460158 | + | Email/Text: EBNProcessing@afni.com | Dec 27 2022 21:46:00 | AFNI, PO Box 47248, Oak Park, MI 48237-4948 |
| 518460162 | | EDI: BANKAMER.COM | Dec 28 2022 02:44:00 | Bank of America N.A., 4161 Piedmont Parkway, Greensboro, NC 27410 |

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2022 | Form ID: 148 | Total Noticed: 72 |

| | | | | |
|---|---|---|---|---|
| 518460161 | + | EDI: BANKAMER.COM | Dec 28 2022 02:44:00 | Bank Of America, PO Box 30770, Tampa, FL 33630-3770 |
| 518460160 | + | EDI: BANKAMER.COM | Dec 28 2022 02:44:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 518460164 | + | EDI: BANKAMER.COM | Dec 28 2022 02:44:00 | Bank of America, N.A., PO Box 982238, El Paso, TX 79998-2238 |
| 518460165 | + | EDI: BANKAMER.COM | Dec 28 2022 02:44:00 | Bank of America, N.A., 4909 Savarese Circle, FL - 1-908-01-47, Tampa, FL 33634-2413 |
| 518460194 | | EDI: RMSC.COM | Dec 28 2022 02:44:00 | Home Depot, PO Box 103072, Roswell, GA 30076 |
| 518460196 | | EDI: CITICORP.COM | Dec 28 2022 02:44:00 | Home Depot Credit Services, PO Box 6029, The Lakes, NV 88901 |
| 518460195 | | EDI: CITICORP.COM | Dec 28 2022 02:44:00 | Home Depot Credit Services, Preocessing Center, Des Moines, IA 50364 |
| 518460176 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 27 2022 21:56:30 | CREDIT ONE, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518460178 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 27 2022 21:56:30 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 518460177 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 27 2022 21:56:30 | Credit One Bank, P0 Box 98873, Las Vegas, NV 89193-8873 |
| 518580778 | | EDI: Q3G.COM | Dec 28 2022 02:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518460183 | + | EDI: AMINFOFP.COM | Dec 28 2022 02:44:00 | First Premier, P0 Box 5519, Sioux Falls, SD 57117-5519 |
| 518460186 | + | EDI: AMINFOFP.COM | Dec 28 2022 02:44:00 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 518460188 | + | EDI: AMINFOFP.COM | Dec 28 2022 02:44:00 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 518460184 | + | EDI: AMINFOFP.COM | Dec 28 2022 02:44:00 | First Premier Bank, PO Box 5114, Sioux Falls, SD 57117-5114 |
| 518460185 | | EDI: AMINFOFP.COM | Dec 28 2022 02:44:00 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 518460189 | | EDI: AMINFOFP.COM | Dec 28 2022 02:44:00 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 518460166 | | EDI: JPMORGANCHASE | Dec 28 2022 02:44:00 | CHASE, PO Box 15153, Wilmington, DE 19886 |
| 518460167 | | EDI: JPMORGANCHASE | Dec 28 2022 02:44:00 | Chase, PO Box 52045, Phoenix, AZ 85072-2045 |
| 518460169 | | EDI: JPMORGANCHASE | Dec 28 2022 02:44:00 | Chase Bank, Attention Bankruptcy Department, PO Box 15298, Wilmington, DE 19850 |
| 518460168 | | EDI: JPMORGANCHASE | Dec 28 2022 02:44:00 | Chase Bank, PO Box 15583, For Notice Only, Wilmington, DE 19886 |
| 518460170 | | EDI: JPMORGANCHASE | Dec 28 2022 02:44:00 | Chase Bank USA, P0 Box 15922, Wilmington, DE 19850 |
| 518460171 | | EDI: JPMORGANCHASE | Dec 28 2022 02:44:00 | Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850 |
| 518460172 | | EDI: JPMORGANCHASE | Dec 28 2022 02:44:00 | Chase Bank USA, NA, PO Box 15922, Wilmington, DE 19850 |
| 518460173 | | EDI: JPMORGANCHASE | Dec 28 2022 02:44:00 | Chase Bank, N.A., PO Box 15298, Wilmington, DE 19850 |

Case 19-27627-JKS   Doc 107   Filed 12/29/22   Entered 12/30/22 00:13:05   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2022 | Form ID: 148 | Total Noticed: 72 |

| | | | |
|---|---|---|---|
| 518460174 | EDI: JPMORGANCHASE | Dec 28 2022 02:44:00 | Chase Bankcard Services, PO Box 659409, San Antonio, TX 78265 |
| 518460175 | EDI: JPMORGANCHASE | Dec 28 2022 02:44:00 | Chase Bankcard Services, Inc, PO Box 30755, Tampa, FL 33630-3755 |
| 518460198 | EDI: JPMORGANCHASE | Dec 28 2022 02:44:00 | JPMorgan Chase Bank, Recovery Department, PO Box 659409, San Antonio, TX 78217 |
| 518470768 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2022 21:56:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518460199 | + EDI: RMSC.COM | Dec 28 2022 02:44:00 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 518460203 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2022 21:45:00 | Midland Credit Management, PO Box 60578, Los Angeles, CA 90060-0578 |
| 518460201 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2022 21:45:00 | Midland Credit Management, Department 8870, Los Angeles, CA 90084-0001 |
| 518460204 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2022 21:45:00 | Midland Credit Management, PO Box 939019, San Diego, CA 92193-9019 |
| 518460202 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2022 21:45:00 | Midland Credit Management, 8875 Aero Drive, Suite 2, San Diego, CA 92123-2255 |
| 518556608 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2022 21:45:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 518460206 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 27 2022 21:45:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 518460208 | Email/Text: nsm_bk_notices@mrcooper.com | Dec 27 2022 21:45:00 | Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 518460207 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 27 2022 21:45:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 518842008 | + Email/Text: RASEBN@raslg.com | Dec 27 2022 21:45:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS CITRON, LLC, 130 CLINTON ROAD, SUITE 202, FAIRFIELD, NJ 07004-2927 |
| 518515140 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 27 2022 21:45:00 | Nationstar Mortgage LLC. d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 518460205 | Email/Text: signed.order@pfwattorneys.com | Dec 27 2022 21:45:00 | Midland Funding LLC, Pressler and Pressler (FOR NOTICE ONLY), 7 Entin Road, Parsippany, NJ 07054 |
| 518460210 | + Email/Text: bankruptcy@rubinrothman.com | Dec 27 2022 21:45:00 | Rubin and Rothman, LLC, Attorneys At Law, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 518569999 | + EDI: RMSC.COM | Dec 28 2022 02:44:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518460808 | + EDI: RMSC.COM | Dec 28 2022 02:44:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518460211 | EDI: TDBANKNORTH.COM | Dec 28 2022 02:44:00 | TD Bank N.A., 1701 Route 70 East, Cherry Hill, NJ 08034 |
| 518460214 | EDI: TDBANKNORTH.COM | Dec 28 2022 02:44:00 | TD Banknorth, 70 Gray Road, Falmouth, ME 04105-2299 |
| 518460213 | EDI: TDBANKNORTH.COM | Dec 28 2022 02:44:00 | TD Banknorth, Operations Center, P0 Box 1377, Lewiston, ME 04243 |
| 518460212 | + EDI: WTRRNBANK.COM | Dec 28 2022 02:44:00 | TD Bank USA, 3701 Wayzata Boulevard, Minneapolis, MN 55416-3440 |

TOTAL: 58

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518460179 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518460181 | * | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518460190 | *+ | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2022 at the address(es) listed below:

**Name**    **Email Address**

Avram D White
    on behalf of Debtor Juan Carlos Jimenez clistbk3@gmail.com
    adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com

Denise E. Carlon
    on behalf of Debtor Juan Carlos Jimenez dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Maria Cozzini
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mcozzini@sternlav.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Phillip Andrew Raymond
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP2 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Robert P. Saltzman
    on behalf of Creditor Ajax Mortgage Loan Trust 2019-E  Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC dnj@pbslaw.org

Shauna M Deluca
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper sdeluca@hasbanilight.com hllawpc@gmail.com

Stuart H. West
    on behalf of Creditor Ajax Mortgage Loan Trust 2019-E  Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC swest@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10